UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ADRIENNE HEYWARD                                                        JURY TRIAL DEMANDED

v.                                              CASE NO.  3:13 cv

ANGEL ESPIRITU d/b/a ASSURED CLIENT SERVICES

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. Defendant regularly collects consumer debts directly or indirectly using the mails or other means of interstate communication.

6. Defendant has a place of business at 5381 2d St # 525, Long Beach CA 90803 which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff concerning efforts to collect a personal account allegedly owed to Ace Cash Express.

7. Defendant's faxed letter to plaintiff dated March 19, 2013, demanded payment within ten days and did not include any disclosures required by §1692g.

8. In the collection efforts, defendant violated the FDCPA, § 1692e, -f, or –g.

WHEREFORE plaintiff respectfully requests this Court to:

   1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under the FDCPA;

2.  Award the plaintiff costs of suit and a reasonable attorney's fee;

3.  Award such other and such further relief as law or equity may provide.

                      THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
       JOANNE S. FAULKNER ct04137
       123 Avon Street
       New Haven, CT 06511-2422
       (203) 772-0395
       faulknerlawoffice@snet.net